UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  3:22-po-0072 DMC |
| v. | VIOLATION NOS.  FBLH0042; FBLH0043; and FBLH0044 |
| JOHN R. MIKULAK | ORDER OF PROBATION |

Defendant pleaded no contest, is adjudged guilty and convicted of the following offenses:

| Charge(s) Defendant Convicted of: | Nature of Charge(s): |
|---|---|
| 36 CFR 261.54(f) | Careless or Reckless Operation of Vehicle |
| 36 CFR 261.58(bb) | Open Container of Alcohol |

Violation No. FBLH0043 is dismissed.

ACCORDINGLY, YOU ARE HEREBY SENTENCED TO PROBATION for a period of twelve (12) months. Your conditions of probation are as follows:

1. Your probation shall be unsupervised.
2. You shall not commit another federal, state or local crime;
3. You shall notify the court and, if represented by counsel, you counsel of any change of address and contact number.
4. During the first three (3) months of probation, you are prohibited from entering the Plumas National Forest with the exception of traveling through on highways and roads.

IT IS ORDERED that these matters NOT be reported to the Department of Motor Vehicles.

Dated:  June 9, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE